UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DR. JAMES HOOD, D.D.S., M.S., P.S., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 04–CV-348-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On July 27, 2005, the parties filed a joint Stipulation for Dismissal with Prejudice (Ct. Rec. 15-1). Accordingly, **IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P 41(a), the above-captioned action is **DISMISSED**, with prejudice. **IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 9th day of August, 2005.

s/ ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2004\Hood\Hood.dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** ~ 1